ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

3-07CV0767-N

| NATIONAL CHILD SUPPORT | § | CASE NO. |
|---|---|---|
| V. | § | |
| THE SOCIAL SECURITY ADMINISTRATION | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 30 2007
CLERK, U.S. DISTRICT COURT
By_____ Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

COMPLAINT

Now comes National Child Support (hereinafter called "Plaintiff") complaining of the Social Security Administration, a U.S. governmental agency (hereinafter called "Defendant") and for cause of action would respectfully show the Court the following:

1. This action is against the Social Security Administration, a U.S. governmental agency. This is a suit on a State Court order for withholding from the Social Security Administration for child support. The U.S. has consented to such proceeding for the enforcement of child support pursuant to 42 USCA, Sec. 659.

2. On January 6, 2006, the 330th District Court of Dallas County, Texas in Cause No. 80-17108-Y ordered the Social Security Administration to withhold from Roger Dale Bingham's month Social Security the sum of $447.50 per month. The payments are to be made payable to the National Child Support and paid through the Dallas County Child Support Department. A copy of the Order is attached as Exhibit A.

3. Defendant was served with the Withholding Order on or about January, 2006. No payments have been made. The amount owed through April, 2007 is $7,160.00.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment against Defendant for the sum of $7,160.00 and continuing to accrue at $447.50 per month, prejudgment interest, and costs.

        Respectfully submitted,

        GOLDBERG & ALEXANDER, P.C.

BY: _____
REX HENGER/SBN 09461300
800 W. ELDORADO PKWY.
SUITE 112
LITTLE ELM, TEXAS 75068
(214) 373-4494/FAX# (214) 373-4493
ATTORNEY FOR PETITIONER

NO. 80-17108-Y

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF:<br><br>OPAL JANE BINGHAM and<br>ROGER DALE BINGHAM<br><br>AND IN THE INTEREST OF:<br><br>ROBERT LEE BINGHAM<br>Minor Child | 000241 §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br>DALLAS COUNTY, TEXAS<br><br><br><br>330TH JUDICIAL DISTRICT |

## ORDER FOR WITHHOLDING FROM SOCIAL SECURITY ADMINISTRATION FOR CHILD SUPPORT

The Court ORDERS, the Social Security Administration, Bldg. 2, 1st Floor, 10600, Steppington Drive, Dallas, Texas 75230, to withhold from the Obligor's monthly social security as follows:

**OBLIGOR**

Roger Dale Bingham
SSN: 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

**OBLIGEE**

Opal Jane Scott

### Withholding for Child Support:

The Court ORDERS that the Social Security Administration shall begin withholding from Obligor's monthly social security payment no later than the first pay period which occurs 14 days following the date this Order is served on the Social Security Administration.

The amount to be withheld is: $ 447.50 per month.

### Maximum Amount Withheld:

The maximum amount to be withheld shall not exceed fifty percent (50%).

ORDER FOR WITHHOLDING FROM SOCIAL SECURITY
ADMINISTRATION FOR CHILD SUPPORT
F:\CAROL\HENGER\Bingham (Child Support)\Order.doc

Page 1 of 2

Exhibit A

Method of Payment:

The Court ORDERS the Social Security Administration to pay all amounts withheld through:

Dallas County Child Support Department
George L. Allen, Sr., Courts Building
600 Commerce Street
Dallas, Texas 75202
Account No. 204601

All payments shall be made payable to: National Child Support

All payments shall identify the Obligor, Obligee, the Agency Account Number, and the amount of an administrative fee withheld, if any.

More Than One Order Withholding:

If the employer is served with an Order Withholding from Earnings for Child Support relating to this Obligor in another case, the Court ORDERS the employer to withhold equal amounts on all orders until each Order is fully complied with, or until the maximum amount to be withheld from the Obligor's disposable earnings is reached, whichever occurs first.

Termination of Order:

This Order shall terminate when the child support and interest in the amount of $120,834.00 is paid.

SIGNED 1-06- , 2005.

JUDGE PRESIDING

Judge of the 301st
District Court, sitting for
Judge of the 330 District Court

ORDER FOR WITHHOLDING FROM SOCIAL SECURITY
ADMINISTRATION FOR CHILD SUPPORT
F:\CAROL\HENGER\Bingham (Child Support)\Order.doc

Page 2 of 2

**JS 44** (Rev. 10/06)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

ORIGINAL

## I. (a) PLAINTIFFS
NATIONAL CHILD SUPPORT

**DEFENDANTS**
THE SOCIAL SECURITY ADMINISTRATION

RECEIVED APR 30 2007 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
REX HENGER, 800 W. ELDORADO PKWY.
LITTLE ELM, TEXAS   214-373-4494

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: State child support withholding order against Social Security Administration

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 1-30-07
SIGNATURE OF ATTORNEY OF RECORD  Rex H—

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE